IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CARMAX AUTO SUPERSTORES, INC.**
and
**CARMAX, INC.,**

    **Plaintiffs,**

v.                                               Civil Action No. 3:16cv611

**MONTGOMERY B. SIBLEY,**

    **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on April 17, 2017. (ECF No. 37.) The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation (ECF No. 37) is ADOPTED as the opinion of this Court; and,

(2) CarMax Auto Superstores, Inc. and Carmax, Inc.'s (collectively, "CarMax") Motion for Attorneys' Fees and Costs is GRANTED, (ECF No. 32).

Let the Clerk of the Court send a copy of this Order to Defendant Montgomery B. Sibley at his address of record and to all counsel of record.

It is so ORDERED.

                                                                             /s/
                                                                     M. Hannah Lauck
                                                         United States District Judge

Richmond, Virginia
Date: 5/12/17